**ANDERSON & KARRENBERG**
Jared D. Scott (#15066)
Jacob W. Nelson (#16527)
50 West Broadway, Suite 600
Salt Lake City, Utah  84101-2035
Telephone: (801) 534-1700
Facsimile:  (801) 364-7697
jscott@aklawfirm.com
jnelson@aklawfirm.com
*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| VALERIE RENCHER ANJE SCHWALBE, aka VALERIE SCHWALBE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T SERVICES, INC., a Delaware corporation,<br><br>Defendant. | **CORPORATE DISCLOSURE STATEMENT**<br><br><br>Civil No._____<br><br>Judge _____ |

Pursuant to Federal Rule of Civil Procedure 7.1, AT&T Services, Inc. hereby provides its Corporate Disclosure Statement.  AT&T Services, Inc. is a wholly-owned subsidiary of AT&T, Services, Inc.  AT&T Services, Inc. is a publicly-traded company on the New York Stock Exchange.  There is no one person or group that owns 10% or more of the stock in AT&T Services, Inc.

**DATED**:  March 31st, 2023.

                            ANDERSON & KARRENBERG

                            /s/ *Jared D. Scott*
                            Jared D. Scott
                            Jacob W. Nelson
                            ***Attorneys for Defendant***